UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MONTENEGRO et al., <br><br> Plaintiffs, <br><br> v. <br><br> RB HEALTH US LLC, <br><br> Defendant. | Case No. 2:24-cv-01878-SB-BFM <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiffs filed their complaint against Defendant RB Health US LLC on March 7, 2024. On March 19, 2024, Plaintiffs effectuated service on Defendant. *See* Dkt. No. 10. Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant. Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than April 24, 2024, why their claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before April 24, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: April 16, 2024

                                                 Stanley Blumenfeld, Jr.
                                                 United States District Judge