# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MONTENEGRO et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>RB HEALTH US LLC,<br><br>　　　Defendant. | Case No. 2:24-cv-01878-SB-BFM<br><br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order granting Defendant's motion to dismiss entered this day, Plaintiffs' claims are dismissed on the merits with prejudice.

　　This is a final judgment.

Date: September 19, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1